No. 124. Avery *v.* Alabama. October 16, 1939. Motion for leave to proceed *in forma pauperis,* and petition for writ of certiorari to the Supreme Court of Alabama, granted. *Mr. Edward H. Saunders* for petitioner. *Messrs. Thomas S. Lawson,* Attorney General of Alabama, and *William H. Loeb,* Assistant Attorney General, for respondent.

No. 346. United States *v.* Socony-Vacuum Oil Co., Inc., et al.; and

No. 347. Socony-Vacuum Oil Co., Inc. et al. *v.* United States. October 16, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Newman A. Townsend* for petitioner in No. 346. *Messrs. William J. Donovan* and *Ralstone R. Irvine* for the Socony-Vacuum Oil Co. et al. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. John Henry Lewin* and *Charles H. Weston* for respondent in No. 347. Reported below: 105 F. 2d 809.

No. 316. McNinch et al. *v.* Heitmeyer. October 16, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Messrs. Newman A. Townsend* and *William J. Dempsey* for petitioners. *Mr. Clarence C. Dill* for respondent.